IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:04CR41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| REFUGIO CANDELARIO-GOMEZ | ) | |

**THIS MATTER** is before the Court on a request by the Clerk for exoneration of the note and deed of trust posted by the Defendant as security for the $30,000 bond ordered herein.

On December 8, 2004, this Court sentenced the Defendant to a two-year term of probation. **Judgment in a Criminal Case, filed January 3, 2005.** He was ordered to report to the United States Probation Office in Tyler, Texas, on December 16, 2004. ***See*, Petition for Warrant or Summons for Offender under Supervision, filed February 14, 2005.** However, the Defendant failed to report as directed and an arrest warrant was issued by the Magistrate Judge on February 14, 2005. To date, the Defendant has not been apprehended.

2

**IT IS, THEREFORE, ORDERED** that the Government file notice with this Court as to whether or not it has objections to the exoneration of the note and deed of trust posted herein on or before **FEBRUARY 9, 2007.**

Signed: January 25, 2007

Lacy H. Thornburg
United States District Judge