# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CRIMINAL NO. 1:04CR41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| REFUGIO CANDELARIO-GOMEZ | ) | |

**THIS MATTER** is before the Court on the Government's notice to the Court, construed as a motion for an extension of time in which to file response to the request by the Clerk for exoneration of the note and deed of trust posted by the Defendant as security for the $30,000 bond ordered herein.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the time within which the Government may file response to the Clerk's request for exoneration of the note and deed of trust is extended to and including **MARCH 30, 2007.**

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge